AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Murphy M. Hubbard,
Plaintiff

v.

United States, ET AL
Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:07CV00023

JUDGE: Ricardo M. Urbina

CASI DECK TYPE: TRO/Preliminary Injunctio

DATE STAMP: 01/4/2007

TO: (Name and address of Defendant)
United States Attorney
Jeffrey A. Taylor
555 4th Street, N.W.
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' PRO SE (name and address)

Murphy M. Hubbard, Pro-Se
425 B West Farm Rd 182
Springfield MO 65810

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                           JAN - 4 2007
CLERK                                              DATE

(signature)
(BY) DEPUTY CLERK

AO 440 (Rev 8 01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me | DATE 01/25/07 |
| NAME OF SERVER (PRINT) Murphy M. Hubbard | TITLE Defendant |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $51.2 | TOTAL $51.2 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/25/07
            Date

Signature of Server

425-B West Farm Road 182
Springfield MO 65810
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Murphy M. Hubbard
Plaintiff

V.

United States, ET AL
Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:07CV00023

CASE JUDGE: Ricardo M. Urbina

DECK TYPE: TRO/Preliminary Injunctio

DATE STAMP: 01/4/2007

TO: (Name and address of Defendant)

Alberto R. Gonzales, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF Pro Se (name and address)

Murphy M. Hubbard, Pro-Se
425 B West Farm Rd 182
Springfield MO 65810

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

JAN - 4 2007
DATE

(By) DEPUTY CLERK

AO 440 (Rev 8 01) Summons in a Civil Action

|  | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me | DATE | 01/25/07 |
| NAME OF SERVER (PRINT) Murphy M. Hubbard | TITLE | Defendant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES $5.12 | TOTAL $5.12 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/25/07
            Date                    Signature of Server

425-B West Farm Road 182
Springfield, MO 65810
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Murphy M. Hubbard
Plaintiff

V.

United States, ET AL
Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:07CV00023

JUDGE: Ricardo M. Urbina

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 01/4/2007

TO: (Name and address of Defendant)

Internal Revenue Service
1111 Constitution Ave, N.W.
Washington DC 20224

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF ~~ ~~ Pro Se (name and address)

Murphy M. Hubbard, Pro Se
425B West Farm Rd 182
Springfield MO 65810

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

(By) DEPUTY CLERK

JAN - 4 2007
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 1-25-07 |
| NAME OF SERVER (PRINT) Murphy M. Hubbard | TITLE Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $5.12 | TOTAL $5.12 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/25/07
     Date

Signature of Server

425-B West Farm Road 182
Springfield, Mo 65810
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

