IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MURPHY M. HUBBARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:07-00023 (RMU) |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

**UNITED STATES' MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE PLEAD**

The United States, through undersigned counsel, respectively move this Court for a 45 day enlargement of time to answer or otherwise plead in response to plaintiff's complaint. As grounds for this motion, the United States submits that it needs the enlargement of time to locate the administrative record, so that the Court can properly evaluate the plaintiff's claim. A memorandum of points and authorities in support of this motion and a proposed order are submitted herewith.

Dated: March 30, 2007.

                                                Respectfully submitted,

                                                /s/ Dashiell C. Shapiro
                                                DASHIELL C. SHAPIRO
                                                Trial Attorney, Tax Division
                                                U.S. Department of Justice
                                                P.O. Box 227, Washington, DC 20044
                                                Tel: (202) 514-9641, Fax: (202) 514-6866
                                                Email: Dashiell.C.Shapiro@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

2354418.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MURPHY M. HUBBARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:07-00023 (RMU) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**UNITED STATES' MEMORANDUM OF POINTS AND AUTHORITIES IN
SUPPORT OF ITS MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE PLEAD**

1. This case involves the plaintiff's challenge to an administrative determination by the Department of Treasury, disbarring him from representing clients before the Internal Revenue Service. The Court will review the administrative record to determine whether there is "substantial evidence" to support the challenged decision. See Washburn v. Shapiro, 409 F. Supp. 3, 8 (S.D. Fla. 1976) (challenge to disbarment).

2. Accordingly, the Court needs the records of the administrative hearing to conduct its review. At present, undersigned counsel has obtained most of the papers and the decisions that were filed at the administrative level, but does not have all of the records from the administrative hearing.

3. Undersigned counsel attempted to obtain the records from the Office of the Administrative Law Judge, but was informed that they had not retained the hearing records.

4. Officials at the Department of Treasury are presently searching for the records,

2354419.1

and undersigned counsel hopes to have the records in time to prepare and file a reply to the complaint no later than April 23, 2007. The extension of time will permit the United States to locate the administrative hearing records necessary for adjudication of this case.

5. The United States was served with a copy of the complaint on January 30, 2007. Accordingly, the answer would be due on April 2, 2007. An extension of time to file an answer or otherwise plead to April 23, 2007 would represent a 21-day extension.

Accordingly, the United States respectfully requests that the Court grant the United States' request for a 21-day enlargement of time within which to answer or otherwise plead in response to plaintiff's complaint.

Dated: March 30, 2007.

Respectfully submitted,

/s/ Dashiell C. Shapiro
DASHIELL C. SHAPIRO
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044
Telephone: (202) 514-9641
Facsimile: (202) 514-6866
Email: Dashiell.C.Shapiro@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MURPHY M. HUBBARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 1:07-00023 (RMU) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

It is hereby ORDERED, this _____ day of _____, 2007, in Washington, D.C., that upon consideration of the United States' motion for enlargement of time within which to answer or otherwise plead, the memorandum of points and authorities, any response thereto, and the entire record of this proceeding, that the motion is GRANTED, and the United States shall have up to and including April 23, 2007 within which to answer or otherwise plead in response to plaintiff's complaint.

_____
UNITED STATES DISTRICT JUDGE

2357805.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MURPHY M. HUBBARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 1:07-00023 (RMU) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing United States' reply to plaintiff's motion for emergency temporary and preliminary relief, proposed order, the United States' motion for enlargement of time within which to answer or otherwise plead, United States' memorandum of points and authorities in support of its motion for enlargement of time within which to answer or otherwise plead, and proposed order, have been served this 30th day of March, 2007, via ECF filing, and via first class mail, postage prepaid, addressed as follows:

Murphy M. Hubbard
Plaintiff *Pro Se*
425 B West Farm Road 182
Springfield, MO 65810


                                        /s/ Dashiell C. Shapiro

2354423.1