IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MURPHY M. HUBBARD

Plaintiff,

v.                    Case No. 1:07 00023 (RMU)

UNITED STATES

Defendant.

**RECEIVED**
MAY 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### PLAINTIFF'S MOTION FOR TIME TO FILE A RESPONSE TO THE UNITED STATES MOTIONS FILED APRIL 23, 2007

Plaintiff wishes to inform the Court that in this action, Plaintiff is acting pro se, and as such, his pleadings should be liberally construed per *Haines v. Kerne,* 404 US at 520.

This motion incorporates by reference "Plaintiff's Certification the Following Facts are True and Correct to the Best of his Knowledge" dated this same date.

Petitioner requests until June 18, 2007 to file a response to the filings of the United States in this matter dated April 23, 2007.

Respectfully submitted:

Dated: May 24, 2007

Signature _____ Murphy M. Hubbard, Pro Se
425B W Farm Rd 182
Springfield, MO 65810
Telephone: (417) 881-1738
Facsimile: (417) 881-3590

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MURPHY M. HUBBARD

      Plaintiff,

v.   Case No. 1:07 00023 (RMU)

UNITED STATES

      Defendant.

## PLAINTIFF'S CERTIFICATION THE FOLLOWING FACTS ARE TRUE AND CORRECT TO THE BEST OF HIS KNOWLEDGE

I, Murphy M. Hubbard certify the following is true and correct to the best of my knowledge.

1. I received a final notice of parcel from the United States Postal Service on May 17, 2007.
2. The final notice date on the notice of parcel from the United States Postal Service is May 16, 2007.
3. I never received a first notice of parcel from the United States Postal Service.
4. Per the envelope on the parcel, the first notice of parcel from the United States Postal Service was April 26, 2007. I never received this notice.
5. The days between the supposed first notice of parcel from the United States Postal Service and the final notice of parcel from the United States Postal Service is 20 days. In my experiences, the usual time between notices is 5 days.
6. I picked up the parcel on May 17, 2007. This is same day the I received the final notice of parcel from the United States Postal Service
7. In this parcel was the record of administrative record along with several motions and orders filed by Dashiell Shapiro.
8. I would not have included in my Motion filed May 15, 2007, references to not receiving the record of the administrative hearing had I received the parcel containing the administrative record beforehand.

May 24, 2007
Date

Murphy M. Hubbard, Pro-Se
425B W. Farm Rd 182
Springfield MO 65810

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MURPHY M. HUBBARD**

**Plaintiff,**

v.                                                                  Case No. 1:07 00023 (RMU)

**UNITED STATES**

**Defendant.**

## ORDER

It is **ORDERED**, this _____ day of _____, 2007, in Washington, D.C, that upon consideration of Plaintiff's Motion for Time to File a Response to the United States Motions Filed April 23, 2007 and the Certification the Following Facts are True and Correct to the Best of His Knowledge incorporated therein, That Plaintiff's Motion for Time to File a Response to the United States Motions Filed April 23, 2007 is **GRANTED**.  Plaintiff shall have until June 18, 2007 to file a response.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

It is hereby certified that the Motion for Time to File a Response to the United States Motions Filed April 23, 2007, Certification the Following Facts are True and Correct to the Best of His Knowledge and proposed order were filed this day via priority mail, postage prepaid, addressed as follows:

Dashiell C. Shapiro, Trial Attorney
U.S. Dept of Justice
PO Box 227
Washington DC 20044

And:

Clerk's Office
U.S. District Court for the District of Columbia
333 Constitution Ave, N.W.
Washington DC 20001

May 24, 2007
Date

Murphy M. Hubbard, Pro Se

Page 1 of 1