IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MURPHY M. HUBBARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 1:07-00023 (RMU) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF ENTRY OF APPEARANCE FOR JOSEPH E. HUNSADER
AS COUNSEL FOR THE UNITED STATES**

TO THE CLERK OF THE COURT:

PLEASE enter the appearance of trial attorney Joseph E. Hunsader, in substitution for Dashiell C. Shapiro, as counsel for the United States in the above captioned case.

DATED:   July 20, 2007                    Respectfully submitted,

                                                                /s/ Joseph E. Hunsader
                                                             JOSEPH E. HUNSADER
                                                             Trial Attorney, Tax Division
                                                             U.S. Department of Justice
                                                             Post Office Box 227
                                                             Washington, DC 20044
                                                             Telephone: (202) 514-0472
                                                             Facsimile: (202) 514-6866
                                                             Email: Joseph.E.Hunsader@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

2625555.1

CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2007, I caused to be served via ECF filing and by U.S. mail, first-class and postage prepaid, this NOTICE OF ENTRY OF APPEARANCE FOR JOSEPH E. HUNSADER AS COUNSEL FOR THE UNITED STATES on

Murphy M. Hubbard
Plaintiff *Pro Se*
425 B West Farm Road 182
Springfield, MO 65810

    /s/ Joseph E. Hunsader
Joseph E. Hunsader