UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| MURPHY M. HUBBARD, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 07-0023 (RMU) |
| | : | | |
| v. | : | Document No.: | 2 |
| | : | | |
| UNITED STATES OF AMERICA *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

# ORDER

**DENYING THE PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF**

For the reasons stated in the court's Memorandum Opinion separately and contemporaneously issued this 3rd day of August 2007, it is hereby

**ORDERED** that the plaintiff's motion for injunctive relief is **DENIED**.

**SO ORDERED**.

                                                                         RICARDO M. URBINA
                                                                     United States District Judge