# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

MURPHY HUBBARD,⁣ )
              )
        Plaintiff,   )   Case No. *07-0023 (RMU)*
              )
v.               )
*United States of America,* )
              )
              )
        Defendant(s).   )

**RECEIVED**

FEB 2 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PLAINTIFF'S MOTION FOR
## VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER F.R.C.P. 41(a)(2)

**COMES NOW** Plaintiff Murphy Hubbard, and for his Motion for Voluntary Dismissal Without Prejudice Under Federal Rule of Civil Procedure 41(a)(2), states to the Court as follows:

1.     Plaintiff filed this action on or about *January 4, 2007*

2.     That pursuant to Federal Rule of Civil Procedure 41(a)(2), a plaintiff may obtain a voluntary dismissal without prejudice without a court order only if the opposing party has not served its answer or filed a motion for summary judgment.

3.     That Defendant has already served its answer, so Plaintiff cannot voluntarily dismiss his action without prejudice, without this Court's order.

4.     That at the present time, Plaintiff does not have the time or financial resources available to fully pursue this cause of action and proceed through the discovery and trial process.

5.     That Plaintiff seeks a dismissal without prejudice because he wishes to preserve his right to refile this action at a later time, within the applicable statute of

limitations period, when he will be able to fully commit his time and resources to pursuing this cause of action.

6.    That Plaintiff fully intends to pursue this cause of action at a later time when he has proper time and resources to devote to pursuing this cause of action.

7.    That if Plaintiff refiles this cause of action at some point in the future, the Defendant can put the case at issue once again by simply refiling its Answer and Summary Judgment with the court, without the Defendant having to expend additional time and resources.

8.    That a dismissal of this action without prejudice will not unduly prejudice any party hereto since this case is still in an early stage of the proceedings, and the parties have conducted little, if any, meaningful discovery.

**WHEREFORE**, Plaintiff Murphy Hubbard prays this Court enter its order, pursuant to Federal Rule of Civil Procedure 41(a)(2), dismissing this cause of action, without prejudice as to the refilling thereof, and for such other and further relief as this Court deems just and proper.

Murphy Hubbard
425-B W. Plainview Road
Springfield, Missouri 65810

2

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing document was sent in the manner indicated below to the following:

United States Priority Mail to:

Dashiell C. Shapiro
US Department of Justice
PO Box 227
Washington DC 20044

Clerk of the Court
United States District Court for the District of Columbia
U.S. Courthouse
333 Constitution Ave N.W.
Washington DC 20001

2/21/2008
_____

Date

_____

Murphy M. Hubbard Pro Se