IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MURPHY M. HUBBARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:07-00023 (RMU) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**UNITED STATES' OPPOSITION TO PLAINTIFF'S MOTION FOR
VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FED.R.CIV.P. 41(a)(2)**

Plaintiff failed to comply with this court's February 7, 2008 order that instructed plaintiff to respond to the United States' summary judgment motion by no later than February 22, 2008. Plaintiff has otherwise not been diligent in pursuing this matter. Plaintiff's motion for voluntary dismissal without prejudice should therefore be denied. The United States further requests that its long-pending and unopposed motion for summary judgment be granted.

### ARGUMENT

This court's February 7, 2008 order reads:

In this case, the defendant filed a motion for summary judgment on April 23, 2007. To date, the *pro se* plaintiff has not responded, although he has requested and been granted an extension of time in which to respond. The last extension of time allowed the plaintiff to respond by October 19, 2007, but that date came and went without any filing by the plaintiff. . . . .

[T]he court hereby notifies the plaintiff that failure to respond to the defendant's

3090063.1

> motion may result in the court granting the motion and entering judgment in favor of the defendant. . . .
>
> ORDERED that the plaintiff may file an opposition to the defendant's motion on or before February 22, 2008. If the plaintiff fails to file an opposition by that date, the court may treat the defendant's motion as conceded and enter judgment in favor of the defendant.

(Order directing the plaintiff to respond to the defendant's motion for summary judgment, 2/7/2008, PACER #14.) Despite this unambiguous order, plaintiff did not file any opposition to the United States' summary judgment motion. Plaintiff has conceded summary judgment.

Plaintiff now attempts to dismiss under Fed.R.Civ.P. 41(a)(2). In "deciding whether to grant a Rule 41(a)(2) motion, courts typically look to 'the defendant's effort and expense of preparation for trial, excessive delay and lack of diligence on the part of the plaintiff in prosecuting the action, insufficient explanation for the need to take a dismissal, and the fact that a motion for summary judgment has been filed by the defendant.'" *Doe v. Urohelath Systems, Inc.,* 216 F.3d 157, 160 (1st Cir. 2000); *Paulucci v. City of Duluth,* 826 F.2d 780, 783 (8th Cir. 1987). These factors weigh against dismissal without prejudice here. Besides not being diligent, plaintiff has not provided a sufficient reason for dismissal; plaintiff merely forwards the unsworn claim of lack of time and resources. In addition, summary judgment has long been pending. *Schandelmeier v. Otis,* 143 F.R.D. 102, 102 (W.D. Pa. 1992) (dismissing <u>with</u> prejudice where defendant's motion for summary judgment had been pending, plaintiff had not filed any opposition, and plaintiff provided no justification for dismissal <u>without</u> prejudice)*; see also Santiago Gonzalez v. Jose Santiago,* 141 F.Supp.2d 202,

205 (D. Puerto Rico 2001).

Most important, plaintiff has failed to heed the court's clear order and his motion for dismissal is merely a last ditch effort to avoid judgment. "A motion for voluntary dismissal should generally be denied when the purpose is to avoid an adverse determination on the merits of the action." 8 Moore's *Federal Practice* (3rd ed. 2007) §41.40[7][b][v] at 41-158.

## CONCLUSION

The United States requests that plaintiff's motion for dismissal without prejudice be denied. The United States further requests that summary judgment be entered in its favor because, *inter alia,* plaintiff has not complied with the court's February 7, 2008 order.

DATED:  February 28 , 2008    Respectfully submitted,

  /s/ Joseph E. Hunsader
JOSEPH E. HUNSADER
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044
Telephone: (202) 514-0472
Facsimile: (202) 514-6866
Email: Joseph.E.Hunsader@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

CERTIFICATE OF SERVICE

I certify that on February 28, 2008, I caused to be served via ECF filing and by U.S. mail, first-class and postage prepaid, this UNITED STATES' OPPOSITION TO PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FED.R.CIV.P. 41(a)(2) and proposed ORDER on

>    Murphy M. Hubbard
>    Plaintiff *Pro Se*
>    425 B West Farm Road 182
>    Springfield, MO 65810

and

>    Murphy M. Hubbard
>    425-B W. Plainview Road
>    Springfield, MO 65810

>                              /s/ Joseph E. Hunsader
>                              Joseph E. Hunsader

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MURPHY M. HUBBARD,                )<br>                                               )<br>            Plaintiff,                        )<br>                                               )<br>    v.                                         )<br>                                               )<br>UNITED STATES,                        )<br>                                               )<br>            Defendant.                  ) | Civil No. 1:07-00023 (RMU) |

### ORDER

Plaintiff's motion for voluntary dismissal without prejudice under Fed.R.Civ.P. 41(a)(2) having come before the court, the court having considered all papers, arguments, and evidence presented, and the court being well advised,

It is ORDERED that plaintiff's motion is DENIED.

It is FURTHER ORDERED that the United States' motion for summary judgment is granted, plaintiff having offered no opposition, and plaintiff having failed to comply with the court's February 7, 2008 order.

It is FURTHER ORDERED that plaintiff's complaint is dismissed WITH PREJUDICE.

Dated: _____                            _____
                                                                  UNITED STATES DISTRICT JUDGE

3091273.1