UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| MURPHY M. HUBBARD, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 07-0023 (RMU) |
| | : | | |
| v. | : | Document No.: | 6 |
| | : | | |
| UNITED STATES, | : | | |
| | : | | |
| Defendant. | : | | |

## ORDER

**GRANTING THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

For the reasons set forth in the court's memorandum opinion to follow and due to the plaintiff's failure to respond to the defendant's motion, it is this 28th day of March, 2008 hereby

**ORDERED** that the defendant's motion for summary judgment is **GRANTED**.

**SO ORDERED.**

RICARDO M. URBINA
United States District Judge